ROUTH CRABTREE OLSEN, P.S.
Edward T. Weber, Esq. #194963
1241 E. Dyer Road, Suite 250
Santa Ana, California 92705
Telephone: (714) 277-4915
Facsimile: (714) 277-4899
eweber@rcolegal.com
File No.: 7382

Attorneys for Plaintiff
HSBC BANK USA, NATIONAL ASSOCIATION,
AS TRUSTEE FOR NAAC MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2007-1

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NAAC MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1, its assignees and/or successors in interest,<br><br>    Plaintiff,<br><br>    v.<br><br>ARACELI ARREOLA,<br>VICTOR VALENZUELA,<br>OFELIA S. VALENZUELA and Does 1-50, inclusive,<br><br>    Defendants. | Case No. 12-01539 PSG<br><br>ORDER GRANTING<br>**REQUEST FOR TELEPHONE APPEARANCE**<br><br>Date: April 24, 2012<br>Time: 2:00 PM<br>Dept: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

1.   I, Edward T. Weber, am the attorney of record for Plaintiff HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NAAC MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 in this action.

2.   I ask the court to allow me to appear from telephone number (714) 277-4915 set on April 24, 2012 at 2:00 p.m. in Department 5, 4th Floor of the above-named court.

3.   I would like the court to consider the following information in making its decision whether to allow a telephone appearance: I work in Orange County in California, which is approximately 408 miles from the above courthouse where the hearing is set.

4.   I have filed this request at least seven court days before the hearing and have served or will serve all parties and attorneys, if any, with this form by personal delivery, fax, express mail, or other reasonable means to ensure delivery.

Dated: April 12, 2012

Respectfully submitted,
**ROUTH CRABTREE OLSEN, P.S.**

*(signature)*
Edward T. Weber, Esq.
Attorneys for Plaintiff

Plaintiff's counsel is instructed to contact CourtCall at 866-582-6878 to arrange for a telephonic appearance.

IT IS SO ORDERED.

DATED: April 16, 2012

*(signature)*
Paul S. Grewal, U.S. Magistrate Judge

---

REQUEST FOR TELEPHONE APPEARANCE
2